```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
                             )
               Plaintiff,    )      4:07CR3083
                             )
          v.                 )
                             )
OSCAR M. MORAN,              )      ORDER
                             )
               Defendant.    )
```

IT IS ORDERED:

Defendant's unopposed motion for time, filing 13, is granted and the deadline for filing pretrial motions is extended to August 27, 2007.

DATED this 30th day of July, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge